IN THE TEXAS COURT OF CRIMINAL APPEALS 70,944-03
AUSTIN TEXAS
NO WR-70,944-03

EXPARTE JOE LOUIS ROBERTS
(Applicant)

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 26 2015

Abel Acosta, Clerk

ON APPLICATION FOR WRIT OF HABEAS CORPUS
CASE NO 31669 IN THE 3RD District Court
ANDERSON COUNTY TEXAS

## APPLICANT RESPONSE TO COURT ORDER

TO THE HONORABLE COURT OF CRIMINAL APPEALS:
COMES NOW JOE LOUIS ROBERTS the APPLICANT IN
The Above styled And numbered Respectfully Files this Response
To The COURTS ORDER PURSUANT to 11.07 of The TEXAS CODE OF
CRIMINAL Procedure And INSUPPORT thee of The APPLICANT would
Show As Follows

## STATEMENT OF FACTS

The APPELLIGANT Pleaded GUILTY To EVADING Arrest Or detention And
WAS Sentence to (10) Years IMPRISONMENT, Although the APPlicant
did Not Appeal his CONVICTION he Filed A POST CONVICTION APPlication
FOR WRIT OF HABEAS CORPUS CLAIming that his Attorney OF
Record was IN effective Assistance Of Counsel because he entered
A Plea OF GUILTY ON the same day his New Attorney was Appointed
Please see Attached Exhibit (A) Which Shows that the Attorney
Jeff Herrington was APPOINTED ON The 23 day of June
2014 And see Exhibit (B) The Sentence And Judgment Which
Clearly INDICATE The GUILTY Plea was Taken The Same day
And thereby NOT ONLY did The APPLICANT Recieve IN effective

(1)

Assistance of counsel but also his plea of guilty was involuntary because the applicant felt compelled to enter a plea of guilty were his attorney was not prepared for trial.

The applicant shows that the above facts are supported by the record which entitles him to relief. Strickland v Washington 466 US 668 (1984) Ex Part Patterson 993 SW2d 114, 115 (Tex Crim App 1999)

The applicant shows that he is in fact indigent and is a layman at law and request that an attorney be appointed pursuant to article 26.04 of the Texas code of criminal procedures. As not only are the issues to complexed for the applicant but (T.D.C.J ID) does not give its inmates access to producing copies for legal purposes.

Wherefore premises considered the applicant prays that this honorable court reverse the applicants conviction and issue a judgment of aquittial

Respectfully submitted

Joe Louis Roberts
APPLICANT

(2)

## CERTIFICATE OF SERVICE

I JOE LOUIS ROBERTS DO HEARBY STATE UNDER OATH THAT A TRUE AND CORRECT COPY OF THE ABOVE AND ATTACHED WAS MAILED ON THE 23rd DAY OF JUNE 2015 TO THE CLERK OF THE TEXAS COURT OF CRIMINAL APPEALS AT P.O. BOX 12302 CAPITOL STATION AUSTIN TEXAS 78711

RESPECTFULLY SUBMITTED

Joe Louis Roberts

APPELLANT / APPLICANT

3

CAUSE NO. 31669

STATE OF TEXAS

IN THE DISTRICT COURT

vs.

OF

JOE LOUIS ROBERTS
(Evade Arrest/Detention w/Vehicle)

ANDERSON COUNTY, TX

## ORDER APPOINTING COUNSEL

On 23rd day of June, 2014, the accused previously court appointed counsel, __Paul Guillotte__, was removed from defendant's case. It is found that there is the necessity to court appoint new counsel. It is therefore ordered that __Jeff Herrington__, a duly licensed Attorney in and for the State of Texas is hereby appointed to represent said indigent accused. Said appointment is to continue until said attorney is relieved by a court of competent jurisdiction.

**The Counsel Coordinator** is hereby directed to immediately inform the above appointed counsel of said appointment and to forward a copy of this order to said counsel.

Signed and ordered this __24__ day of __June__, 2014.

_____
Presiding Judge

 Exhibit B

CASE No. 31669    COUNT

INCIDENT NO./TRN: 9213712596

FILED FOR RECORD

At _11:50_ o'clock _am_

JUN 2 3 2014

JANICE STAPLES
District Clerk, Anderson County, TX
by_____ Dep.

THE STATE OF TEXAS

V.

JOE LOUIS ROBERTS

STATE ID No.: TX02961402

§
§
§
§
§
§
§

IN THE 3RD DISTRICT

COURT

ANDERSON COUNTY, TEXAS

## JUDGMENT OF CONVICTION BY COURT—WAIVER OF JURY TRIAL

| | | | |
|---|---|---|---|
| Judge Presiding: | HON. Mark Calhoon | Date Judgment Entered: | 6/23/2014 |
| Attorney for State: | Stanley Sokolowski | Attorney for Defendant: | JEFFREY HERRINGTON |

Offense for which Defendant Convicted:
EVADING ARREST DET W/VEH

| | |
|---|---|
| Charging Instrument: INDICTMENT | Statute for Offense: PC 38.04(B)(2)(A)Penal Code |

Date of Offense:
02/02/2014

| | | |
|---|---|---|
| Degree of Offense: 3RD DEGREE FELONY | Plea to Offense: GUILTY | Findings on Deadly Weapon: N/A |

Terms of Plea Bargain:
10 YEARS TDCJ-ID; $309 COURT COST

| | | | |
|---|---|---|---|
| Plea to 1st Enhancement Paragraph: | N/A | Plea to 2nd Enhancement/Habitual Paragraph: | N/A |
| Findings on 1st Enhancement Paragraph: | N/A | Findings on 2nd Enhancement/Habitual Paragraph: | N/A |

| | | | |
|---|---|---|---|
| Date Sentence Imposed: | 6/23/2014 | Date Sentence to Commence: | 6/23/2014 |

Punishment and Place of Confinement: **10 YEARS INSTITUTIONAL DIVISION, TDCJ**

THIS SENTENCE SHALL RUN **CONCURRENTLY.**

☐ SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR N/A .

| Fine: $ N/A | Court Costs: $ 309 | Restitution: $ N/A | Restitution Payable to: ☐ VICTIM (see below) ☐ AGENCY/AGENT (see below) |
|---|---|---|---|

Sex Offender Registration Requirements do not apply to the Defendant. TEX. CODE CRIM. PROC. chapter 62

The age of the victim at the time of the offense was **N/A** .

If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order.

| | | | | | |
|---|---|---|---|---|---|
| From 2/3/2014 to 6/23/2014 | From | to | From | to | |

Time Credited:

| | | | | | |
|---|---|---|---|---|---|
| From | to | From | to | From | to |

If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below.

**N/A DAYS    NOTES: N/A**

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

This cause was called for trial in Anderson County, Texas. The State appeared by her District Attorney.

**Counsel / Waiver of Counsel (select one)**

☒ Defendant appeared in person with Counsel.

☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

Both parties announced ready for trial. Defendant waived the right of trial by jury and entered the plea indicated above. The Court then admonished Defendant as required by law. It appeared to the Court that Defendant was mentally competent to stand trial, made the plea freely and voluntarily, and was aware of the consequences of this plea. The Court received the plea and entered it... JUDGMENT OF CONVICTION BY COURT - WAIVER OF JURY TRIAL (FILE MARKED 06.23.2014)... the Court found Defendant guilty of the offense indicated above. In the presence of Defendant, the Court pronounced sentence against Defendant.